**ALVERSON TAYLOR & SANDERS**
KURT BONDS
Nevada Bar No. 6228
TREVOR WAITE
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NONATO S. MANIPON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>　　　　　Defendant. | Case No. 2:18-cv-002069-MMD-PAL |

**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

Plaintiff Nonato S. Manipon ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 26, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 20, 2018. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's claims and allegations. Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

1　　　　　　　　　　　　　　　　　KB/25941

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 11, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 20th day of November, 2018

**ALVERSON TAYLOR & SANDERS**

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, Esq.
Nevada Bar #13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Facsimile: (702) 385-700*
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

/s/David H. Krieger
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 20th day of November, 2018.

**UNITED STATES MAGISTRATE JUDGE**

N:\kurt.grp\CLIENTS\25900\25941\pleadings\Manipon Nonato-Joint Stipulation for Extension of Time to Respond to P's.doc