David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiff*
*NONATO S. MANIPON*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NONATO S. MANIPON,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. : 2:18-cv-002069-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT TRANS UNION, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

## STIPULATION

Plaintiff NONATO S. MANIPON ("Plaintiff") and Defendant TRANS UNION, LLC ("TRANS UNION, LLC") (collectively the "Parties") respectfully submit the following Stipulation to allow Plaintiff an extension of time to file a response or opposition to Defendant Trans Union LLC's Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum of Points and Authorities

in Support ("Motion"). The Motion was filed on January 4, 2019 as ECF Docket No. 15, and the current deadline to respond is January 18, 2019.

The Parties hereby stipulate and agree that Plaintiff shall have until **February 11, 2019** to file an opposition or respond to the Motion. The Reply brief, if any, will be due **February 18, 2019**.

This Stipulation is requested to allow the Parties to pursue settlement discussions. This is the Parties first request for an extension.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated January 17, 2019. | Dated January 17, 2019. |
| /s/ Shawn W. Miller | /s/ Trevor Waite |
| Shawn W. Miller, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123 | Trevor Waite, Esq.<br>Alverson Taylor & Sanders<br>6605 Grand Montecito Pkwy,<br>Suite 200<br>Las Vegas, NV 89149 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant TransUnion, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __January 18, 2019_____