**ALVERSON TAYLOR & SANDERS**
KURT BONDS
Nevada Bar No. 6228
TREVOR WAITE
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NONATO S. MANIPON,<br><br>　　　　　Plaintiff,<br>v.<br><br>TRANSUNION, LLC,<br><br>　　　　　Defendant. | Case No. 2:18-cv-002069-MMD-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

　　　　Plaintiff Nonato Manipon, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

　　　　There are no longer any issues in this matter between Nonato Manipon and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1　　　　　　　　　　　　　　KB/25941

dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated this 11th day of April, 2019.

| | |
|---|---|
| *//S// Trevor R. Waite* | *//S// David H. Krieger* |
| Kurt Bonds | David H. Krieger |
| Nevada Bar No. 6228 | Nevada Bar No. 9086 |
| Trevor Waite | 8985 S. Eastern Avenue, Suite 350 |
| Nevada Bar No. 13779 | Henderson NV 89123 |
| 6605 Grand Montecito Pkwy, Suite 200 | Telephone: (702) 880-5554 |
| Las Vegas, NV 89149 | Fax: (702) 383-5518 |
| Telephone: (702) 384-7000 | Email: dkrieger@hainesandkrieger.com |
| Facsimile: (702) 385-700 | ***Counsel for Plaintiff*** |
| kbonds@alversontaylor.com | |
| twaite@alversontaylor.com | |
| ***Counsel for Trans Union LLC*** | |

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
**HONORABLE JUDGE MIRANDA M. DU**
UNITED STATES DISTRICT JUDGE